UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 3 0 2009

Clerk, U.S. District and
Bankruptcy Courts

Tony Curtis Barrino,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No. **09 2040**
    )
President Barack Obama *et al.*,    )
    )
    Defendants.    )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Hyattsville, Maryland, sues President Barack Obama, Secretary of State Hillary Clinton and White House Press Secretary Robert Gibb "on the grounds that my life and well being is [sic] [in] immediate danger due to the fact that all parties named are . . . using their political power abusively and conducted a state dept. level investigation while knowing . . . that I have diplomatic immunity . . . ." Compl. at 2. The rest of the complaint is a series of illogical statements. Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2). *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment and, thus, is dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: October 26, 2009